In the Matter of the Arbitration of FIRST PRIZE HOMES, INC. ABRAHAM HARRIS, Appellant; SAMUEL WOOLMAN and IDA WOOLMAN, Respondents.— Order denying motion to remit the arbitration decision for the purpose of having the award made more definite and certain affirmed, with fifty dollars costs and disbursements. No opinion. Lazansky, P. J., Young, Hagarty and Davis, JJ., concur; Carswell, J., dissents.

In the Matter of the Final Judicial Settlement of the Accounting of MARY J. HAZRICK, Deceased. WALTER T. HAZRICK, as Executor, etc., of MARY J. HAZRICK, Deceased, Appellant; JACOB F. HAZRICK and Others, Respondents.— Decree of the Surrogate's Court of Richmond county unanimously affirmed, with costs to respondents, payable out of the estate. No opinion. Present — Lazansky, P. J., Young, Hagarty, Carswell and Davis, JJ.

In the Matter of the Petition of NATIONAL BUILT-IN PRODUCTS, INC., Appellant, for an Order Directing the Treasurer of Westchester County to Pay the Said Petitioner the Sum of $371.29, and Accrued Interest Now in His Custody, and Deposited by ROBBINS & PAGANUZZI. MORRIS ROBBINS and STEPHEN PAGANUZZI, Respondents.— Order denying motion to direct the treasurer of Westchester county to pay to the petitioner a certain sum on deposit affirmed, without costs, respondent having failed to file a brief. No opinion. Lazansky, P. J., Young, Hagarty, Carswell and Davis, JJ., concur.

In the Matter of the Application of JOSEPH ROSENBLATT and MARY ROSENBLATT, Appellants, for an Order to Remove a Dead Body Now Buried in Mount Carmel Cemetery, Queens County, N. Y., against HARRY MEIROWITZ, Respondent.— Order denying the motion of the petitioners for permission to disinter the body of their daughter, buried in Mt. Carmel Cemetery, and to place it in a mausoleum erected on the plot, and granting the cross-motion of the respondent, the widower, for permission to remove the body to another cemetery, affirmed, without costs. Order granting the petitioners' motion for reargument and on reargument denying their motion affirmed. No opinion. Lazansky, P. J., Kapper, Carswell, Scudder and Tompkins, JJ., concur.